ORIGINAL

FILED

AUG 0 7 2015

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

RICHARD GARCIA

Debtor

Chapter 13

Case No.: 10-61399 HLB

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Notice is hereby given that effective _____ the new address for the Debtor in the above captioned matter is as follows:

Name: Richard Toby Garcia
Address: 1328 Riker St.
Salinas CA.
93901
Phone: 831-809-6249

Dated: Wed July 22

RICHARD GARCIA

The court's records will be changed to reflect the new address only. Service of this Notice of Change of Address will be made electronically to registered ECF participants upon filing of this Notice.